UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cr3436-GPC |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| JASON WRIGHT, | |
| Defendant. | |

WHEREAS, in the Plea Agreement in the above-captioned case, the parties agreed to forfeiture to the United States of all property of Defendant JASON WRIGHT ("Defendant"), that constituted visual depictions as described in 18 U.S.C. § 2252, all property constituting proceeds of the offense, and all property used or intended to be used to commit or to promote the commission of the offense set forth in Count 1 of the Information which charged a violation of 18 U.S.C. § 2252(a)(2), and forfeitable pursuant to 18 U.S.C. § 2253 as charged in the Information; and

WHEREAS, on or about January 24, 2018, Defendant pled guilty before Magistrate Judge Barbara Lynn Major to Count 1 of the Information, which plea included consent to the forfeiture of all property seized in connection with the case, including forfeiture of all visual depictions as described in § 2252, all property constituting proceeds of the offense, and all property used or intended to be used to commit or to promote the commission, including forfeiture of the following:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses to which the defendant has pled guilty, including:

1. One Acer Inspire M3400 laptop computer, Serial Number PTSE0020080250A6702700, with
    a. Western Digital 640 GB hard drive, Serial Number WCASYD520484;
    b. Hitachi 1 TB hard drive, Serial Number MSOPVTSK;
2. One Asus M32 BF DH02 desktop computer, Serial Number GBPDCGOODFU, with
    a. Toshiba 1 TB hard drive, Serial Number 96RVTNNS;
    b. Western Digital 3 TB hard drive, Serial Number WCC4NOHP4TT7;
3. One blue 32 GB thumb drive, Serial Number 589D8D02;
4. One 4 GB Micro SD card, Serial Number 47F5-4F39, from a small video camera which did not appear; and
5. One SanDisk 16 GB Micro SD card, Serial Number 3335-3233

WHEREAS, on February 8, 2018 this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, the properties are currently in the custody of the San Diego Police Department; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, all right, title and interest of Defendant JASON WRIGHT in the following properties, which are currently in

the custody of the San Diego Police Department, are hereby forfeited to the United States. The Court orders that the San Diego Police Department shall dispose of these forfeited assets according to law, when no longer needed for evidence:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses has pled guilty, including:

1. One Acer Inspire M3400 laptop computer, Serial Number PTSE0020080250A6702700, with
   a. Western Digital 640 GB hard drive, Serial Number WCASYD520484;
   b. Hitachi 1 TB hard drive, Serial Number MSOPVTSK;

2. One Asus M32 BF DH02 desktop computer, Serial Number GBPDCGOODFU, with
   a. Toshiba 1 TB hard drive, Serial Number 96RVTNNS;
   b. Western Digital 3 TB hard drive, Serial Number WCC4NOHP4TT7;

3. One blue 32 GB thumb drive, Serial Number 589D8D02;

4. One 4 GB Micro SD card, Serial Number 47F5-4F39, from a small video camera which did not appear; and

5. One SanDisk 16 GB Micro SD card, Serial Number 3335-3233

2. No ancillary proceedings or further forfeiture action is required as to Defendant JASON WRIGHT.

Dated: March 23, 2018

*(signature)*
Hon. Gonzalo P. Curiel
United States District Judge